UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SING CHO NG,

    Plaintiff,

v.

JIM METZ, et al.,

    Defendants.

CASE NO. C18-1212-RSM

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) He indicates monthly income in the amount of $920.00 or $964.58 and a total of $500.00 in cash on hand and in a checking account. (*See id*. at 1-3.) He does not identify any monthly expenses. In order to determine plaintiff's entitlement to IFP status, the Court requires a detailed accounting of his precise monthly expenses incurred. Within **twenty (20) days** of the date of this order, plaintiff must either submit a revised IFP application, completed and properly signed and dated, or pay the filing fee. Failure to comply may result in denial of the IFP application.

DATED this 22nd day of August, 2018.

                WILLIAM M. MCCOOL, Clerk

                By: s/ Paula McNabb
                     Deputy Clerk

MINUTE ORDER
PAGE - 1