UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SING CHO NG,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JIM METZ, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. C18-1212-RSM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 6) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). *See also Ng v. Metz, et al.*, C18-0690-JCC, and *Ng v. Bing Kung Ass'n, et al.*, No. C17-1515-RAJ. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 12th day of September, 2018.

　　　　　　　　　　　　　　　　　　　*/s/ Mary Alice Theiler*
　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1