# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SING CHO NG,

    Plaintiff,

v.

JIM METZ, *et al.*,

    Defendants.

CASE NO. C18-1212RSM

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Notice of Appeal. Dkt. #15. The Court entered judgment in this case on November 20, 2018. Dkt. #14. Under Federal Rule of Appellate Procedure 4(a)(5)(A),

> The district court may extend the time to file a notice of appeal if:
>   (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
>   (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows **excusable neglect or good cause**.

Fed. R. App. P. 4(a)(5)(A).

Plaintiff does not provide the Court with any explanation for why he cannot file his notice of appeal within the time required by the Federal Rules of Appellate Procedure. Fed. R. App. P. 4(a)(1)(A) (a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from"). Due to Plaintiff's failure to explain the situation at hand,

ORDER – 1

the Court lacks any basis for determining whether Plaintiff satisfies the standards established by the Federal Rules of Appellate Procedure. Accordingly, Plaintiff's Motion for Extension of Time to File Notice of Appeal is DENIED.

Dated this 18 day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2